UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Omar Abdelatty Bakry Abdelatty,

Plaintiff(s),

v.

Antony J. Blinken et al,

Defendant(s).

Case No. 24-cv-3941

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER (CIVIL LOCAL RULE 11-3)

I, Jennifer E. Nimer, an active member in good standing of the bar of Ohio, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Paris E. Scott, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 248899.

| 6500 Emerald Pkwy, Ste 100, Dublin, OH | 1635 The Alameda, Floor 3, San Jose, CA |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 614-927-0270 | 408-261-6405 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| jnimer@nimerlaw.com | petemadi@parsequalitycenter.org |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0079475.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 9 times in the 12 months preceding this application.

United States District Court
Northern District of California

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: _6/30/2024_____                    Jennifer E. Nimer
                                                     _____
5                                                    APPLICANT

6    

7    

8                        ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10   

11       IT IS HEREBY ORDERED THAT the application of _Jennifer E. Nimer_____ is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: __July 12, 2024_____

16   

17                                                    _____
                                                     UNITED STATES MAGISTRATE JUDGE
18   

19   

20   

21   

22   

23   

24   

25   

26   

27   

28



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Jennifer Emerson Nimer**
Attorney Registration No. **0079475**

was admitted to the practice of law in Ohio on November 7, 2005; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 12th day of June, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

Kirstyn Moyers, *Attorney Services Coordinator*
*Office of Attorney Services*

No. 2024-06-12-1
Verify by email at GoodStandingRequests@sc.ohio.gov