ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile: (510) 637-3724
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMAR ABDELATTY BAKRY ABDELATTY,<br><br>    Plaintiff,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, et al.,<br><br>    Defendant. | No. 24-cv-03941-LJC<br><br>**SECOND STIPULATION RE RESPONSE DATE;** [PROPOSED] **ORDER** |

    Plaintiff Omar Abdelatty and Defendants Antony J. Blinken, *et al.*, by and through their counsel, stipulate as follows:

    1.    On June 29, 2024, Plaintiff filed a Petition for Writ of Mandamus and Complaint under FOIA. ECF No. 1 ("Complaint"). The U.S. Attorney's Office was served with the summons and complaint on July 12, 2024.

    2.    On August 12, 2024, the Court issued an order granting the parties' stipulation regarding Defendants' deadline to respond to the Complaint. ECF No. 15.

    3.    The parties have met and conferred and agree that Defendants may have an additional 32 days, until October 28, 2024, to respond to all claims in the Complaint.

4. This is the second request to modify any deadline in this action, and this request will not impact any deadlines other than those addressed herein.

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

| | |
|---|---|
| DATED: September 24, 2024 | Respectfully submitted, |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | */s/ Jevechius D. Bernardoni*<br>JEVECHIUS D. BERNARDONI<br>Assistant United States Attorney |
| | Attorneys for Federal Defendants |
| DATED: September 24, 2024 | NIMER LAW LLC |
| | */s/ Jennifer Nimer*<br>JENNIFER NIMER |
| | Attorneys for Plaintiff |

1 **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS SO

3 ORDERED.  The deadline for Defendants' response to all claims asserted in the Complaint, ECF No. 1,

4 is October 28, 2024.

5 DATED: September 27, 2024

_____
THE HON. LISA J. CISNEROS
United States Magistrate Judge