ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMAR ABDELATTY BAKRY ABDELATTY,<br><br>Plaintiff,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, et al.,<br><br>Defendant. | No. 24-cv-03941-LJC<br><br>**THIRD STIPULATION RE RESPONSE DATE; [PROPOSED] ORDER** |

Plaintiff Omar Abdelatty and Defendants Antony J. Blinken, *et al.*, by and through their counsel, stipulate as follows:

1. On June 29, 2024, Plaintiff filed a Petition for Writ of Mandamus and Complaint under FOIA. ECF No. 1 ("Complaint"). The U.S. Attorney's Office was served with the summons and complaint on July 12, 2024.

2. On August 12, 2024, the Court issued an order granting the parties' stipulation regarding Defendants' deadline to respond to the Complaint. ECF No. 15.

3. On September 27, 2024, the Court issued an order granting the parties' second stipulation regarding Defendants' deadline to respond to the Complaint. ECF No. 17.

4.	The parties have met and conferred and agree that Defendants may have an additional 45 days, until December 12, 2024, to respond to all claims in the Complaint.

5.	This is the third request to modify any deadline in this action, and this request will not impact any deadlines other than those addressed herein.

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

DATED: October 25, 2024                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Federal Defendants

DATED: October 25, 2024                    NIMER LAW LLC

*/s/ Jennifer Nimer*
JENNIFER NIMER

Attorneys for Plaintiff

1 **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties, and good cause appearing therefor, IT IS SO
3 ORDERED.  The deadline for Defendants' response to all claims asserted in the Complaint, ECF No. 1,
4 is December 12, 2024.

5 DATED:   October 25, 2024

6
7  THE HON. LISA J. CISNEROS
 United States Magistrate Judge